IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 16-cv-02005-PAB
    (Consolidated with Civil Action Nos. 16-cv-02010-PAB, 16-cv-02040-PAB, and
    16-cv-02057-PAB)

---

Civil Action No. 16-cv-02005-PAB
JANICE L. MALKOFF, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

v.

GREGG L. ENGLES,
MICHELLE GOOLSBY,
STEPHEN L. GREEN,
JOSEPH S. HARDIN, JR.,
ANTHONY J. MAGRO,
W. ANTHONY VERNON,
DOREEN A. WRIGHT, and
THE WHITEWAVE FOODS COMPANY,

    Defendants.

---

Civil Action No. 16-cv-02010-PAB
JULIE ANN VANDEN BERGE, Individually and On Behalf of All Others Similarly
Situated,

    Plaintiff,

v.

GREGG L. ENGLES, et al.,

    Defendants.

---

Civil Action No. 16-cv-02040-PAB
PATRICK McDONALD, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE WHITEWAVE FOODS COMPANY, et al.,

Defendants.

Civil Action No. 16-cv-02057-PAB
JOHN-MARK GILHOUSEN, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

GREGG L. ENGLES, et al.,

Defendants.

## ORDER

This matter comes before the Court on the Stipulation Concerning Plaintiffs' Voluntary Dismissal of the Above Action With Prejudice and Plaintiffs' Counsel's Anticipated Application for an Award of Attorneys' Fees and Expenses [Docket No. 35]. Pursuant to the stipulation, it is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice.  It is further

**ORDERED** that plaintiffs' Motion for Appointment of Interim Co-Lead Class Counsel and Interim Liaison Class Counsel [Docket No. 9] and plaintiff Malkoff's Motion for Preliminary Injunction [Docket No. 10] are denied as moot.  It is further

**ORDERED** that the hearing set for September 21, 2016 at 1:00 p.m. is vacated. It is further

**ORDERED** that plaintiffs shall file any motion for attorneys' fees and expenses on or before October 12, 2016.

DATED September 13, 2016.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge