# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02005-PAB
(Consolidated with Civil Action Nos. 16-cv-02010-PAB, 16-cv-02040-PAB, and 16-cv-02057-PAB)

_____

Civil Action No. 16-cv-02005-PAB
JANICE L. MALKOFF, Individually and On Behalf of All Others Similarly Situated, Plaintiff,

v.

GREGG L. ENGLES,
MICHELLE GOOLSBY,
STEPHEN L. GREEN,
JOSEPH S. HARDIN, JR.,
ANTHONY J. MAGRO,
W. ANTHONY VERNON,
DOREEN A. WRIGHT, and
THE WHITEWAVE FOODS COMPANY,
Defendants.

_____

Civil Action No. 16-cv-02010-PAB
JULIE ANN VANDEN BERGE, Individually and On Behalf of All Others Similarly Situated, Plaintiff,

v.

GREGG L. ENGLES, et al.,
Defendants.

_____

Civil Action No. 16-cv-02040-PAB
PATRICK McDONALD, Individually and On Behalf of All Others Similarly Situated, Plaintiff,

v.

THE WHITEWAVE FOODS COMPANY, et al.,
Defendants.

_____

Civil Action No. 16-cv-02057-PAB
JOHN-MARK GILHOUSEN, Individually and On Behalf of All Others Similarly Situated, Plaintiff,

v.

GREGG L. ENGLES, et al., Defendants.

## STIPULATION AND [PROPOSED] ORDER CLOSING AND TERMINATING THE ACTIONS

WHEREAS, on September 13, 2016, the Court entered an order dismissing the claims asserted in each of the above actions and retaining jurisdiction solely for considering any application for an award of attorneys' fees and expenses;

WHEREAS, the parties have reached agreement with respect to payment of attorneys' fees and expenses, in full satisfaction of any claims for the above Plaintiffs' attorneys' fees or expenses;

There being no further issue for the Court to consider, the Court, at the request of Plaintiffs, hereby issues the following order:

1. To close and terminate the Actions, with the Court no longer retaining jurisdiction for considering any application for an award of attorneys' fees and expenses that is now moot.

Dated: November 11, 2016

*/s/ Robert S. Saunders*
Robert S. Saunders
Cliff C. Gardner
Veronica B. Bartholomew
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
920 N. King Street, 7th Floor
Wilmington, Delaware 19801
Tel.: (302) 651-3000
Fax: (302) 651-3001

*Attorneys for Defendants The WhiteWave Foods Company, Gregg L. Engles, Michelle Goolsby, Stephen L. Green, Joseph*

*/s/ Rusty E. Glenn*
Rusty E. Glenn
SHUMAN LAW FIRM
600 17th Street
Suite 2800 South
Denver, CO 80202
Telephone: 303.861.3003
Facsimile: 303.536.7849
Email: rusty@shumanlawfirm.com

Kip B. Shuman
THE SHUMAN LAW FIRM
Post-Montgomery Ctr.
One Montgomery Street, Ste. 1800
San Francisco, CA 94104

| | |
|---|---|
| *S. Hardin, Jr., Anthony J. Magro, W. Anthony Vernon, and Doreen A. Wright* | Tel.: (303) 861-3003<br>Fax: (303) 536-7849<br><br>*Local Counsel for Plaintiffs Malkoff, Vanden Berg, Gilhousen, and Louie* |

*/s/ James M. Wilson*
James M. Wilson, Jr.
FARUQI & FARUQI, LLP
685 Third Ave., 26th Flo.
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331

Juan E. Monteverde
MONTEVERDE & ASSOCIATES PC
The Empire State Building
350 Fifth Avenue, 59th Floor
New York, NY 10118
Tel.: (212) 971-1341

*Attorneys for Plaintiffs Malkoff and Vanden Berg*

*/s/ Shane T. Rowley*
Shane T. Rowley
Christa A. Menge
LEVI & KORSINSKY LLP
733 Summer Street, Suite 304
Stamford, CT 06901
Tel.: (212) 363-7500

*Attorney for Plaintiff Gilhousen*


*/s/ Jeffrey A. Berens*
Jeffrey A. Berens
BERENS LAW LLC
2373 Central Park Boulevard, Suite 100
Denver, CO 80238
Tel.: (303) 861-1764
Fax: (303) 395-0393

Thomas J. McKenna
Gregory M. Egleston
GAINEY McKENNA & EGLESTON
440 Park Avenue South, 5th Floor
New York, NY 10016
Tel.: (212) 983-1300
Fax: (212) 983-0383

*Attorneys for Plaintiff McDonald*

          */s/ Brian D. Long*
          Seth D. Rigrodsky
          Brian D. Long
          Gina M. Serra
          Jeremy J. Riley
          RIGRODSKY & LONG, P.A.
          2 Righter Parkway, Suite 120
          Wilmington, DE 19803
          Tel.: (302) 295-5310
          Fax: (303) 654-7530

          Katharine M. Ryan
          Richard A. Maniskas
          RYAN & MANISKAS, LLP
          995 Old Eagle School Road, Suite 311
          Wayne, PA 19087
          Tel.: (484) 588-5516
          Fax: (484) 450-2582

          *Attorneys for Plaintiff Louie*

SO ORDERED this _____ day of October, 2016

          _____
          HON. PHILIP A. BRIMMER
          UNITED STATES DISTRICT COURT JUDGE

- 5 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 11, 2016, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the all registered participants.

                                      */s/ Rusty E. Glenn*
                                      Rusty E. Glenn